IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01923-AP

FLOYD VIGIL,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| LAURA RIDGELL-BOLTZ<br>Abbott Boltz, LLP<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>laura.ridgellboltz@gmail.com | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>THOMAS H. KRAUS<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

  A. **Date Complaint Was Filed:** 9/08/08
  B. **Date Complaint Was Served on U.S. Attorney's Office:** 9/12/08
  C. **Date Answer and Administrative Record Were Filed:** 11/12/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

A. **Plaintiff statement:** Plaintiff cannot determine whether the administrative record is complete before a thorough review during briefing.

B. **Defendant statement:** There are no issues with the accuracy or completeness of the Administrative Record. Defendant believes the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A. **Plaintiff's statement:** Plaintiff cannot determine whether she will submit additional evidence until thoroughly reviewing the administrative record.

B. **Defendant's Statement:** Defendant does not plan to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

  A. **Plaintiffs Opening Brief Due:** 01/09/09
  B. **Defendant's Response Brief Due:** 01/26/09
  C. **Plaintiffs Reply Brief (If Any) Due:** 02/09/09

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff requests oral argument.

   B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    *The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED: December 2, 2008

    BY THE COURT:

    *S/John L. Kane*
    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Laura Ridgell-Boltz<br>LAURA RIDGELL-BOLTZ<br>Abbott Boltz, LLP<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>laura.ridgellboltz@gmail.com | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |